UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:_____

MALASER ROBINSON,

    Plaintiff,

v.

MAGIC LEAP INC; and
TEKPARTNERS INC

    Defendant.
_____/

### NOTICE OF REMOVAL

Defendant MAGIC LEAP INC. ("Magic Leap"), pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby gives notice of removal of an action pending in the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida, styled *Malaser Robinson v. Magic Leap Inc. et al*, Case No.: CACE19000324 to the United States District Court for the Southern District of Florida, being the district within which that action is presently pending. As grounds for removal, Magic Leap states as follows:

### Introduction

1.    On or about January 7, 2019, Plaintiff filed a Complaint with the 17th Judicial Circuit in and for Broward County, Florida. Magic Leap was not served with this Complaint.

2.    On or about February 11, 2019, Plaintiff filed her First Amended Complaint with the 17th Judicial Circuit in and for Broward County, Florida alleging a claim for discrimination based on race under 42 U.S.C. § 1981.

1

3. On February 20, 2019, Magic Leap was served with the First Amended Complaint in this action. This is the only pleading Plaintiff has served on Magic Leap in this action.

4. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441(a) and 1446(a).

5. Pursuant to 28 U.S.C. § 1446(a), attached hereto as Composite Exhibit A are copies of Plaintiff's Amended Complaint and all state court process, pleadings, and orders served upon Defendants or maintained in the state court civil action.

6. This Notice is filed within thirty (30) days of Magic Leap having been served with the First Amended Complaint. *See* 28 U.S.C. § 1446(b).

### Plaintiff's Complaint Raises a Substantial Question of Federal Law

7. Title 28 U.S.C. § 1331 states that "the district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." *See* 28 U.S.C. § 1331. Title 28 U.S.C. § 1441(a) further states that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant . . . ." *See* 28 U.S.C. § 1441(a). Thus, federal question jurisdiction is triggered where a federal question is presented on the face of a plaintiff's complaint. *See, e.g., Kemp v. Int'l Bus. Machines Corp.*, 109 F.3d 708, 712 (11th Cir. 1997).

8. Plaintiff's First Amended Complaint alleges violations of 42 U.S.C. § 1981. Complaint at ¶¶ 1, 5-8, 10, 25-48. Specifically, Plaintiff states that this is an action for damages "under the 42 U.S.C. § 1981, discrimination based on race to redress injury done to Plaintiff by the Defendant for discriminatory treatment. This is an action brought under 42 U.S.C. § 1981." *See Id.* at ¶1.

9. Plaintiff, on the face of her First Amended Complaint, seeks relief based upon claims arising from federal law. Accordingly, this Court has original jurisdiction of this case

2

under 28 U.S.C. § 1331, and this action is removable from state court pursuant to 28 U.S.C. § 1441(a).

10. Copies of this Notice of Removal and a separate State Court Notice of Removal have been filed with the Clerk of the Circuit Court of the 17th Judicial Circuit and served on Plaintiff's counsel.

11. Magic Leap has conferred with counsel for TekPartners Solutions, LLC, the proper co-defendant in this lawsuit, and who has confirmed that TekPartners Solutions, LLC consents to the removal.[1]

12. This Notice of Removal is signed by undersigned counsel pursuant to Fed. R. Civ. P. 11.

**WHEREFORE,** Defendant Magic Leap Inc., gives notice that the above-styled case now pending in the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida, is removed therefrom to this Court.

---

[1] Tekpartners Inc was improperly named in this lawsuit. The proper co-defendant is TekPartners Solutions, LLC. It is our understanding that Plaintiff will be filing a Second Amended Complaint, dismissing Tekpartners Inc and adding TekPartners Solutions, LLC.

3
STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
Museum Tower ▪ 150 West Flagler Street, Suite 2200 ▪ Miami, FL 33130 ▪ (305) 789-3200

Dated March 21, 2019

          Respectfully submitted,

          s/ Ingrid H. Ponce
          INGRID H. PONCE, ESQ.
          Florida Bar No.: 166774
          *Attorney for Defendant*
          STEARNS WEAVER MILLER, WEISSLER, ALHADEFF & SITTERSON, P.A.
          150 West Flagler Street
          Museum Tower, Suite 2200
          Miami, Florida 33130
          Telephone: (305) 789-3200
          Facsimile:  (305) 789-3395
          E-Mail:  iponce@stearnsweaver.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 21, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System. I further certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

          /s/Ingrid H. Ponce
          INGRID H. PONCE, ESQ.

4

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
Museum Tower ▪ 150 West Flagler Street, Suite 2200 ▪ Miami, FL 33130 ▪ (305) 789-3200

## SERVICE LIST

*MALASER ROBINSON v. MAGIC LEAP INC; and TEKPARTNERS INC*

Rainier Regueiro, Esquire
Florida Bar No.: 115578
E-mail: rregueiro@rgpattorneys.com
REMER & GEORGES-PIERRE, PLLC
COMEAU BUILDING
319 Clematis Street, Suite 606
West Palm Beach, FL 33401
Telephone: 561-225-1970
Facsimile: 305-416-5005

*Attorneys for Plaintiff, Malaser Robinson*

*Served Via: CM/ECF*


Steven A. Siegel, Esquire
Fisher & Phillips LLP
450 East Las Olas Boulevard, Suite 800
Fort Lauderdale, FL 33301
Telephone: (954) 847-4724
Facsimile: (954) 525-8739

*Attorneys for TekPartners Solutions, LLC*

*Served via Email*