UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60743-CIV-ALTMAN/Hunt

**MALASER ROBINSON**,

    Plaintiff,

v.

**MAGIC LEAP, INC.** *and*
**TEKPARTNERS SOLUTIONS, LLC**,

    Defendants.

_____/

**ORDER**

**THIS MATTER** comes before the Court upon the parties' Joint Notice of Settlement [ECF No. 31]. The parties represent to the Court that this matter has been resolved by settlement.[1] The Court, having carefully reviewed the file, and being fully advised, hereby

**ORDERS AND ADJUDGES** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation of dismissal within **thirty (30) days** of this Order.

2. If the parties fail to complete the expected settlement, either party may ask the Court to reopen the case.

3. Any pending motions are **DENIED AS MOOT** and any scheduled hearings are **TERMINATED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 16th day of September 2019.

                                                      **ROY K. ALTMAN**
                                                      **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

---

[1] The Court separately notes that the Plaintiff voluntarily dismissed Defendant TekPartners Solutions, LLC on June 6, 2019 [ECF No. 30].